```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

VANESSA GRIGGS,

                      Plaintiff,

      -against-

BAYER CORPORATION,
BAYERHEALTHCARE LLC, and
BAYER HEALTHCARE PHARMACEUTICALS INC.,

                      Defendants.
------------------------------------------------------------------x

09 Civ. 9150 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    Defendants have moved to stay the proceedings in this action, pending transfer to the Southern District of Illinois as a tag along action to MDL No. 2100.

    Upon defendants' representation that this motion is not opposed by plaintiff, it is hereby ORDERED that all proceedings in this action are hereby STAYED pending transfer of this action as a tag along action to MDL No. 2100 established in the Southern District of Illinois and titled *In re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*. If this action has not been transferred by April 9, 2010, the parties are to notify the Court to set a pre-trial conference in this action.

Dated: New York, New York
         December 23, 2009

                                          SO ORDERED:

                                          _____
                                          Sidney H. Stein, U.S.D.J.