## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Keri Cha v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10727-DRH |
| *Alicia Cochenour, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11984-DRH |
| *Vanessa Griggs v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20014-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 18, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
       **Deputy Clerk**

Date: September 18, 2014

Digitally signed by David R. Herndon

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT